1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    **CASE NO. 2:02-MJ-0006-JFM**

12                Plaintiff,                    **GOVERNMENT'S MOTION TO DISMISS
                                                CRIMINAL COMPLAINT AND TO RECALL**
13           v.                                 **ARREST WARRANT; (proposed) ORDER**

14 TRINIDAD RAMIREZ MILAN,

15                Defendant.

16

17        Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States hereby

18 moves to dismiss the 2002 criminal complaint and to recall the arrest warrant in this matter.  The

19 defendant has never been arrested, nor made any court appearance in this matter and is a fugitive

20 believed to be living in Mexico.  It is unlikely that he will be located and DEA wishes to destroy the

21 evidence in the case.  Having reviewed the file, the undersigned Assistant U.S. Attorney agrees with that

22 assessment.

23
   Dated: June 12, 2014                         BENJAMIN B. WAGNER
24                                              United States Attorney

25                                               /s/ Richard J. Bender
                                                RICHARD J. BENDER
26                                              Assistant United States Attorney

27        //

28        //

[Government's Motion to Dismiss Complaint as to defendant Trinidad Ramirez Milan]

**ORDER**

Based on the above motion of the United States, it is hereby ORDERED that the above captioned criminal complaint as to defendant Trinidad Ramirez Millan is hereby dismissed without prejudice and the arrest warrant recalled.

Dated:  June 16, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE